UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA CUEVAS,<br><br>                Plaintiff,<br><br>        v.<br><br>CAPITAL ONE, N.A.,<br><br>                Defendant. | No.  2:26-cv-1284 DAD AC<br><br><br>ORDER TO SHOW CAUSE |

This case was removed from San Joaquin County Superior Court.  ECF No. 1.  One week after removal, defendant filed a motion to dismiss.  ECF No. 4.  Plaintiff failed to respond to the motion, and subsequently failed to appear at the hearing on the motion.  See ECF Nos. 6, 7. Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE in writing, within 14 days, why this case should not be dismissed for failure to prosecute.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992).  If plaintiff fails to respond, the undersigned will recommend dismissal pursuant to Local Rule 110.

DATED: June 15, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE