UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA CUEVAS,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>    Defendant. | No.  2:26-cv-1284 DAD AC<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding in this action in pro se.  The case was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  One week after removal from the San Joaquin County Superior Court, defendant filed a motion to dismiss.  ECF No. 4.  Plaintiff failed to respond to the motion, and subsequently failed to appear at the hearing on the motion.  See ECF Nos. 6, 7.

On June 15, 2026, the undersigned issued an order to show cause ("OSC") within 14 days as to why plaintiff's failure to appear should not result in a recommendation that this case be dismissed for failure to prosecute.  ECF No. 9 at 1.  To date, plaintiff has not responded.

In accordance with the above, **IT IS HEREBY RECOMMENDED THAT** this action be dismissed for failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. section 636(b)(l).  Within fourteen

1

(14) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

SO ORDERED.

DATED: June 30, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE