UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA CUEVAS,<br>Plaintiff,<br>v.<br>CAPITAL ONE, N.A. ,<br>Defendant. | No. 2:26-cv-1284 DAD AC<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE</u><br><br>(Doc. Nos. 4, 10) |

Plaintiff is proceeding in this civil action *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 9, 2026, defendant filed a motion to dismiss. (Doc. No. 4.) Plaintiff failed to file opposition to that motion and did not appear at the hearing on it. Accordingly, on June 15, 2026, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing, within fourteen (14) days, why this action should not be dismissed due to her failure to prosecute. (Doc. No. 9.) Although plaintiff was served with that order to show cause, she did not respond within the time provided nor did she file anything else with the court. Therefore, on June 30, 2025, the magistrate judge issued the pending findings and recommendations recommending that

/////

this action be dismissed without prejudice due to plaintiff's failure to prosecute this action. (Doc. No. 10.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 1–2.) Plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 30, 2026 (Doc. No. 10), are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute;
3. Defendant's motion to dismiss (Doc. No. 4) is denied as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE